EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2002

at 11 o'clock and 9 min a.m.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00360 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | (18 U.S.C. § 922(g)(3)) |
| JOSEPH FELIX, | ) | |
| Defendant. | ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about July 12, 2002, in the District of Hawaii, the defendant, JOSEPH FELIX, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a .20 gauge shotgun, 5 rounds of .20 gauge shot ammunition and 11 rounds of 9mm caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: __8/28/02__, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Felix*;
"Indictment"