EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00360 DAE |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | |
| JOSEPH FELIX, | ) | [21 U.S.C. §§ 841(a)(1) 841(b)(1)(B)] |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about September 6, 2002, in the District of Hawaii, JOSEPH FELIX knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

\\

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: ___Dec. 20, 2002___, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney

_____
RONALD G. JOHNSON
Assistant U.S. Attorney


_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Felix;*
*Cr. No.* 02-00360 DAE;
"Information"