# AMENDED MINUTES

CASE NUMBER:     CR 02-00360DAE

CASE NAME:     USA v. Joseph Felix

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     David Alan Ezra          REPORTER:

DATE:     7/25/2008                 TIME:

COURT ACTION:  EO:  AMENDED MINUTES TO: doc#30, minutes filed on 5/12/2003, from Sentencing Minutes dated 5/12/2003.  Sentencing to Count 1 of the Indictment and Sentencing to Count 1 of the Information as to Defendant Joseph Felix. Defendant's Motion for Downward Departure:

JUDICIAL RECOMMENDATIONS AMENDED TO ADD:  Drug treatment, mental health, vocational training, educational opportunities. 500-hour drug treatment program.

Submitted by:  Theresa Lam, Courtroom Manager